December 6, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

SHARON ANN GRIBBLE, INDIVIDUALLY AND IN HER CAPACITY AS
GUARDIAN OF THE PERSON AND ESTATE OF MICHAEL RAY GRIBBLE,
Appellant

NO. 14-11-00856-CV                                          V.

BRENT ALLEN LAYTON, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Brent Allen Layton, signed, June 30, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Brent Allen Layton.

We further order this decision certified below for observance.